UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IRVIN RODOLFO RAMIREZ,

    Petitioner,

vs.                                                             No. 2:17-cv-579 RJ-KRS

ALISHA TAFOYA-LUCERO and
ATTORNEY GENERAL STATE OF NEW MEXICO,

    Respondents.

## ORDER TO SHOW CAUSE

This matter came before the Court following Petitioner's failure to pay the filing fee for his 28 U.S.C. § 2254 habeas corpus action. By an order entered June 19, 2017, the Court denied Petitioner's motion to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee within 30 days [Doc. 9]. Petitioner did not comply. Instead, he filed a copy of an "Inmate Purchase Order," which appears to be a request directed at the prison to debit his inmate account for $5 [Doc. 10]. While the Court appreciates Petitioner's effort, such filing is insufficient to comply with the June 19, 2017 order. The Court will give Petitioner another chance to pay $5.00 filing fee within thirty (30) days of entry of this order or show cause for his failure to do so. Failure to timely comply will result in the dismissal of this action without further notice.

IT IS THEREFORE ORDERED that Petitioner must submit the $5.00 filing fee within thirty (30) days from entry of this order or show cause for his failure to do so.

                                                                        _____
                                                                        UNITED STATES MAGISTRATE JUDGE